United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY CAROLE EDWARDS,

Plaintiff,

v.

SALLY ASAO, et al.,

Defendants.

Case No.  26-cv-01004-LJC

**CASE MANAGEMENT SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures (if not already served):[1] | May 28, 2026 |
| Status regarding private mediation: | June 4, 2026 |
| Deadline to join parties and amend pleadings:[2] | August 28, 2026 |
| Joint case management statement: | November 12, 2026 |
| Further case management conference: | November 19, 2026 |
| Fact discovery cut-off: | December 17, 2026 |
| Opening expert reports and disclosures: | January 7, 2027 |
| Rebuttal expert reports and disclosures: | January 28, 2027 |
| Expert discovery cut-off: | February 11, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | March 2, 2027 |

---

[1] The parties shall ensure that their initial disclosures are complete and compliant with Subparts (2) and (3) of Parts I and II of General Order 71.

[2] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required.  A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave.  A motion filed after this date must also meet the standard to modify a scheduling order.  *See* Fed. R. Civ. P. 16(b)(4).

Last day to hear dispositive motions and *Daubert* motions:   April 6, 2027

Pretrial conference:[3]                                       July 9, 2027, 1:30 PM

Jury trial:                                                  July 19, 2027 (7 days)

**IT IS SO ORDERED.**

Dated: May 28, 2026

_____
LISA J. CISNEROS
United States Magistrate Judge

---

[3] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.

2