RACHEL TERP, ESQ., State Bar No. 290666
E-Mail: rachel@terplaw.com
ANDREA NÚÑEZ, ESQ., State Bar No. 340062
E-Mail: andrea@terplaw.com
TERP LAW P.C.
2831 Telegraph Avenue
Oakland, CA 94609
Tel.: (510) 550-5103

Attorneys for Plaintiff
MARY CAROLE EDWARDS
(*Continued on next page*)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY CAROLE EDWARDS,

Plaintiff,

v.

SALLY ASAO as an individual; RON SHIMAMOTO as an individual; CHARLES MATSUNAGA as an individual; ELSIE IIDA as an individual; SALLY ASAO AS TRUSTEE OF THE DONALD S. MATSUNAGA AND SHIRLEY B. MATSUNAGA REVOCABLE TRUST DATED JUNE 12, 2023, DOE PERSONAL REPRESENTATIVE FOR THE ESTATE OF DON S. MATSUNAGA, DECEASED; and DOES 1 through 10,

Defendants.

---

SALLY ASAO, as an individual; CHARLES MATSUNGA, as an individual; ELSIE IIDA, as an individual; SALLY ASAO AS TRUSTEE OF THE DONALD S. MATSUNAGA AND SHIRLEY B. MATSUNAGA REVOCABLE TRUST DATED JUNE 12, 2023

Counter-Claimants

v.

MARY CAROLE EDWARDS

Cross-Defendant

Case No.: 3:26-cv-01004-LJC

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER TO EXTEND TIME FOR FACT DISCOVERY**

**Judge:** Magistrate Judge Lisa J. Cisneros

**Original Complaint Filed:** February 1, 2026
**Original Counterclaim Filed:** May 5, 2026
**Trial Date**: July 19, 2027

Elisa R. Marcaletti (SBN 227263)
George M. Morris (SBN 315371)
PHILLIPS, SPALLAS & ANGSTADT LLP
560 Mission Street, Suite 1010
San Francisco, CA 94105
Telephone (415) 278-9400
Facsimile (415) 278-9411
gmorris@psalaw.net

Attorneys for Defendant
RON SHIMAMOTO, individually

HANSON BRIDGETT LLP
GILBERT J. TSAI, SBN 247305
gtsai@hansonbridgett.com
MATTHEW B. SEIPEL, SBN 318358
mseipel@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-936

Attorneys for Defendants
SALLY ASAO, as an individual, CHARLES MATSUNAGA as an individual, ELSIE IIDA, as an individual and SALLY ASAO AS TRUSTEE OF THE DONALD S. MATSUNAGA AND SHIRLEY B. MATSUNAGA REVOCABLE TRUST DATED JUNE 12, 2023

WHEREAS on February 1, 2026, Plaintiff MARY CAROLE EDWARDS ("Plaintiff"), filed her original Complaint in this action. (ECF Doc. 1.) See ECF Document 34 for the operative Second Amended Complaint.

WHEREAS on May 5, 2026, Defendants SALLY ASAO as an individual, SALLY ASAO AS TRUSTEE OF THE DONALD S. MATSUNAGA AND SHIRLEY B. MATSUNAGA REVOKABLE TRUST DATED JUNE 12, 2023, CHARLES MATSUNAGA as an individual, and ELSIE IIDA as an individual, ("Sibling Defendants") filed a Counterclaim against Plaintiff. (ECF Doc. 27.) See ECF Document 37 for the operative First Amended Counterclaim.

WHEREAS on May 28, 2026, the Court issued a CASE MANAGEMENT SCHEDULE setting a fact discovery cut-off deadline of December 17, 2026 and a trial date of July 19, 2027. (ECF Doc. 39)

WHEREAS on October 6, 2026, the Parties to this action attended a court-ordered day-long mediation with Hon. Leslie Holland (Ret.) that did not result in an agreement to resolve the claims in this case.

WHEREAS, prior to attending mediation, Plaintiff and Sibling Defendants had agreed to forgo all but one deposition per side until after the mediation.

WHEREAS the Sibling Defendants have only recently confirmed deposition date availability to Plaintiff on October 14, 2026.

WHEREAS Plaintiff and all Defendants agree to mutually extend the fact discovery cut-off-date to January 29, 2027 in order to provide reasonable additional time for discovery.

WHEREAS Plaintiff does not by this agreement forfeit her position that a motion to bifurcate the complaint and counterclaim proceedings may be appropriate.

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. That all Parties agree to extend the fact discovery cut-off-date to January 29, 2027.

DATED: October 13, 2026

TERP LAW P.C.

RACHEL TERP
Attorneys for Plaintiff

DATED:

PHILLIPS, SPALLAS & ANGSTADT, LLP

____/s/ George M. Morris, Esq.______
George M. Morris, Esq.
Attorneys for Defendant
RON SHIMAMOTO, individually

DATED:

HANSON BRIDGETT LLP

____/s/ Matthew B. Seipel, Esq.______
GILBERT J. TSAI
MATTHEW B. SEIPEL
Attorneys for Defendants
SALLY ASAO, as an individual, CHARLES MATSUNAGA as an individual, ELSIE IIDA, as an individual and CHARLES MATSUNAGA AS TRUSTEE OF THE DONALD S. MATSUNAGA AND SHIRLEY B. MATSUNAGA REVOCABLE TRUST DATED JUNE 12, 2023

**ATTESTATION**

I, Rachel Terp, Esq., hereby attest that all signatories listed above concur in this filing and consent to the use of their electronic signatures.

Dated: October 16 2026

TERP LAW P.C.

Rachel Terp

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore: IT IS HEREBY ORDERED that the fact discovery cut-off-date for this litigation is moved from December 17, 2026 to January 29, 2027.

.

IT IS SO ORDERED

Dated: October 20, 2026

JUDGE LISA J. CISNEROS